WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.<br><br>Plaintiff,<br><br>-against-<br><br>HARRIER FINANCE LIMITED, A.K.A. RATHGAR CAPITAL CORPORATION.<br><br>Defendants. | Adversary Proceeding<br>Case No. 09-01241 (JMP) |

**NOTICE OF ADJOURNMENT OF HARRIER FINANCE LIMITED'S**
**<u>MOTION TO DISMISS THE COMPLAINT</u>**

**PLEASE TAKE NOTICE** that the hearing on relief requested in Harrier Finance Limited's Motion To Dismiss the Complaint [Docket No. 8] in the above-captioned adversary proceeding, which was scheduled for August 5, 2009, at 2:00 p.m., **<u>has been adjourned to September 17, 2009 at 2:00 p.m.</u>**, or as soon thereafter as counsel may be heard. The Conference will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Conference may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: July 31, 2009
      New York, New York

    /s/ Richard W. Slack
    Richard W. Slack

    **WEIL, GOTSHAL & MANGES LLP**
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession